■ · In the Matter of MALACHI HOOK, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles, Respondent.— Motion by respondent to

dismiss proceeding and to vacate stay granted; proceeding dismissed and stay vacated. Beldock, P. J., Christ, Brennan, Hill and Rabin, JJ., concur.